## UNITED STATES BANKRUPTCY COURT
### NORTHERN **DISTRICT OF** ILLINOIS
### WESTERN **DIVISION**

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| JOSEPH BERNARD ONGENARS | § | Case No. 18-80978 |
| | § | |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BERNARD J. NATALE, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 152,914.23<br>*(Without deducting any secured claims)* | Assets Exempt: 20,701.00 |
| Total Distributions to Claimants:  2,170.94 | Claims Discharged<br>Without Payment:  125,796.74 |
| Total Expenses of Administration:  2,359.87 | |

3) Total gross receipts of $ 4,530.81  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 4,530.81  from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 96,645.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 2,359.87 | 2,359.87 | 2,359.87 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 27,881.00 | 3,441.68 | 3,441.68 | 2,170.94 |
| **TOTAL DISBURSEMENTS** | $ 124,526.00 | $ 5,801.55 | $ 5,801.55 | $ 4,530.81 |

4)  This case was originally filed under chapter 7 on  04/30/2018 .  The case was pending for 11 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  03/11/2019                    By:/s/BERNARD J. NATALE, TRUSTEE
                                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Whole Life Insurance Policy | 1129-000 | 4,530.81 |
| **TOTAL GROSS RECEIPTS** | | **$4,530.81** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bmo Harris Bank Na, Pobox94934 Palatine, IL 60069 | | 59,899.00 | NA | NA | 0.00 |
| | Members Alliance Cu, 2550 S Alpine Rd Rockford, IL 61108 | | 15,269.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Winnebago County Treasurer, 404 Elm St. Rockford, IL 61101 | | 21,477.00 | NA | NA | 0.00 |
| TOTAL SECURED CLAIMS | | | $ 96,645.00 | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BERNARD J. NATALE LTD | 2100-000 | NA | 1,132.70 | 1,132.70 | 1,132.70 |
| Associated Bank | 2600-000 | NA | 10.00 | 10.00 | 10.00 |
| BERNARD J. NATALE LTD | 3110-000 | NA | 1,207.50 | 1,207.50 | 1,207.50 |
| BERNARD J. NATALE LTD | 3120-000 | NA | 9.67 | 9.67 | 9.67 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 2,359.87 | $ 2,359.87 | $ 2,359.87 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA: NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | 0.00 | NA | NA | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Amcore Bank N A, 501 7th St Rockford, IL 61104 | | 0.00 | NA | NA | 0.00 |
| | Amcore Bank N A, 501 7th St Rockford, IL 61104 | | 0.00 | NA | NA | 0.00 |
| | Barclays Bank Delaware, Po Box 8803 Wilmington, DE 19899 | | 0.00 | NA | NA | 0.00 |
| | BMO Harris Bank NA, 111 W. Monroe LLW Chicago, IL 60603 | | 3,142.00 | NA | NA | 0.00 |
| | Capone/cabelas, 4800 Nw 1st Street Lincoln, NE 68521 | | 0.00 | NA | NA | 0.00 |
| | Chase Card, Po Box 15298 Wilmington, DE 19850 | | 9,286.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Card, Po Box 15298 Wilmington, DE 19850 | | 9,827.00 | NA | NA | 0.00 |
| | Chase Card, Po Box 15298 Wilmington, DE 19850 | | 0.00 | NA | NA | 0.00 |
| | Chicago Title Land Trust, 10 South LaSalle Street, Suite 2750 Chicago, IL 60603 | | 825.00 | NA | NA | 0.00 |
| | Citi, Po Box 6241 Sioux Falls, SD 57117 | | 3,301.00 | NA | NA | 0.00 |
| | Tom Karras, 1071 South Batavia Avenue Geneva, IL 60134 | | 1,500.00 | NA | NA | 0.00 |
| 1 | CITIBANK, N.A. | 7100-000 | NA | 3,441.68 | 3,441.68 | 2,170.94 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 27,881.00 | $ 3,441.68 | $ 3,441.68 | $ 2,170.94 |

**FORM 2**

## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Exhibit 8

| Case No: | 18-80978 | TML | Judge: | Thomas M. Lynch | | Trustee Name: | BERNARD J. NATALE, TRUSTEE |

Case Name:   JOSEPH BERNARD ONGENARS

Date Filed (f) or Converted (c):   04/30/2018 (f)

341(a) Meeting Date:   06/12/2018

For Period Ending:   03/11/2019

Claims Bar Date:   09/14/2018

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 1.  2708 Edgewood Drive<br>Rockford Il 61114-0000 Winnebago | 79,180.00 | 79,180.00 | | 0.00 | FA |
| 2.  2013 Ford Edge Mileage: 107000 | 8,700.00 | 8,700.00 | | 0.00 | FA |
| 3.  Household Furniture | 1,000.00 | 0.00 | | 0.00 | FA |
| 4.  Tv, Desktop Computer, Laptop Computer, Cellphone, Dvd<br>Player | 350.00 | 0.00 | | 0.00 | FA |
| 5.  Signed, Numbered Lithographs (Chagall, Calder, Max,<br>Heydenry | 3,000.00 | 0.00 | | 0.00 | FA |
| 6.  Remington 12 Gauge, Remington 20 Gauge, 1904 Ithaca 20<br>Gauge | 2,100.00 | 0.00 | | 0.00 | FA |
| 7.  1 Cat | 0.00 | 0.00 | | 0.00 | FA |
| 8.  Bmo Harris Bank | 100.00 | 0.00 | | 0.00 | FA |
| 9.  Bmo Harris Bank | 0.00 | 0.00 | | 0.00 | FA |
| 10.  Membersalliance Credit Union | 5.23 | 0.00 | | 0.00 | FA |
| 11.  Joe Ongenars Trust (Property Consists Of House At 2708<br>Edgew | 79,180.00 | 0.00 | | 0.00 | FA |
| 12.  2017 Tax Refund<br>Federal | Unknown | 0.00 | | 0.00 | FA |
| 13.  2017 Tax Refund<br>State | Unknown | 0.00 | | 0.00 | FA |
| 14.  Whole Life Insurance Policy | 4,506.00 | 0.00 | | 4,530.81 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $178,121.23 | $87,880.00 | | $4,530.81 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 12/31/2018          Current Projected Date of Final Report (TFR): 12/31/2018                    Exhibit 8

Case 18-80978    Doc 34    Filed 03/28/19    Entered 03/28/19 15:42:57    Desc Main

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: 18-80978 | Trustee Name: BERNARD J. NATALE, TRUSTEE | |
| Case Name: JOSEPH BERNARD ONGENARS | Bank Name: Associated Bank | |
| | Account Number/CD#: XXXXXX9028 | |
| | Checking | |
| Taxpayer ID No: XX-XXX2593 | Blanket Bond (per case limit): $3,000.00 | |
| For Period Ending: 03/11/2019 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/01/18 | 14 | American General Life Insurance Co 1275 Sandusky Road Jacksonville IL 62650 | Life Insurance Proceeds | 1129-000 | $112.53 | | $112.53 |
| 10/09/18 | 14 | American General Life Insurance Co 1275 Sandusky Road Jacksonville, IL 62650 | Life Insurance Proceeds | 1129-000 | $4,418.28 | | $4,530.81 |
| 11/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $10.00 | $4,520.81 |
| 12/11/18 | | Transfer to Acct # xxxxxx0082 | Transfer of Funds | 9999-000 | | $4,520.81 | $0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | | $4,530.81 | $4,530.81 |
| Less: Bank Transfers/CD's | | $0.00 | $4,520.81 |
| Subtotal | | $4,530.81 | $10.00 |
| Less: Payments to Debtors | | $0.00 | $0.00 |
| Net | | $4,530.81 | $10.00 |

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

Page Subtotals:    $4,530.81    $4,530.81

Case 18-80978   Doc 34   Filed 03/28/19   Entered 03/28/19 15:42:57   Desc Main
Document    Page 13 of 14

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | | | | | |
|---|---|---|---|---|---|---|
| Case No: 18-80978 | | | | Trustee Name: BERNARD J. NATALE, TRUSTEE | | Exhibit 9 |
| Case Name: JOSEPH BERNARD ONGENARS | | | | Bank Name: Axos Bank | | |
| | | | | Account Number/CD#: XXXXXX0082 | | |
| | | | | Checking | | |
| Taxpayer ID No: XX-XXX2593 | | | | Blanket Bond (per case limit): $3,000.00 | | |
| For Period Ending: 03/11/2019 | | | | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/11/18 | | Transfer from Acct # xxxxx9028 | Transfer of Funds | 9999-000 | $4,520.81 | | $4,520.81 |
| 01/25/19 | 2001 | BERNARD J. NATALE LTD 1639 N ALPINE RD SUITE 401 EDGEBROOK OFFICE CENTER ROCKFORD, IL 61107 | Final distribution creditor account # representing a payment of 100.00 % per court order. | 2100-000 | | $1,132.70 | $3,388.11 |
| 01/25/19 | 2002 | BERNARD J. NATALE LTD 1639 N ALPINE RD SUITE 401 EDGEBROOK OFFICE CENER ROCKFORD, IL 61107 | Distribution | | | $1,217.17 | $2,170.94 |
| | | BERNARD J. NATALE LTD | Attorney Fees            ($1,207.50) | 3110-000 | | | |
| | | BERNARD J. NATALE LTD | Attorney Expenses            ($9.67) | 3120-000 | | | |
| 01/25/19 | 2003 | CITIBANK, N.A. PAYMENT CENTER 4740 121 ST STREET URBANDALE IA 50323 | REF 4326 | 7100-000 | | $2,170.94 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $4,520.81 | $4,520.81 |
| Less: Bank Transfers/CD's | $4,520.81 | $0.00 |
| Subtotal | $0.00 | $4,520.81 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $4,520.81 |

Page Subtotals:          $4,520.81     $4,520.81

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0082 - Checking | $0.00 | $4,520.81 | $0.00 |
| XXXXXX9028 - Checking | $4,530.81 | $10.00 | $0.00 |
| | $4,530.81 | $4,530.81 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $4,530.81 |
| Total Gross Receipts: | $4,530.81 |